1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LUYDMILA STARKEY, | ) | Case No. 5:14-cv-02525-PSG |
|---|---|---|
| Plaintiff, | ) | **CASE SCHEDULING ORDER** |
| v. | ) | **(Re: Docket No. 27)** |
| JOHN M. MCHUGH, SECRETARY OF THE DEPARTMENT OF THE ARMY, | ) | |
| Defendant. | ) | |

Based on the parties' joint case management statement and the case management

conference on October 8, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of

Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in a neutral evaluation within 120

days.

_____

[1] *See* Docket No. 28.

Case No. 5:14-cv-02525-PSG
CASE SCHEDULING ORDER

1

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | May 29, 2015 |
| Designation of Opening Experts with Reports | June 30, 2015 |
| Designation of Rebuttal Experts with Reports | July 31, 2015 |
| Expert Discovery Cut-Off | September 15, 2015 |
| Last Day for Dispositive Motions | September 22, 2015 |
| Dispositive Motions Hearing | October 27, 2015 |
| Pre-Trial Conference | December 15, 2015 |
| Jury Trial | January 11, 2016 |

**SO ORDERED.**

Dated: October 30, 2014

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:14-cv-02525-PSG
CASE SCHEDULING ORDER